JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOCELYNE GERALDYNE CASTILLO VILLA,

Petitioner,

v.

FERETI SEMAIA, ET AL.,

Respondents.

Case No. 5:26-cv-03833-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

The Court declares that Petitioner is currently detained pursuant to 8 U.S.C. § 1226(a) and is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Respondents shall immediately release Petitioner Jocelyne Geraldyne Castillo Villa (A# 207-024-267) ("Petitioner"), from custody subject only to those conditions that were in place prior to her arrest on June 8, 2026 (if any). Respondents shall also immediately return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge

at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 3, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE